**Exhibit A to the Complaint**

**Location:** East Hanover, NJ  **IP Address:** 104.148.162.18
**Total Works Infringed:** 27  **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4568A3B0B7D8CED53A1D026A605BF1F3F0E9D968<br>File Hash:<br>F09D5AD8480E40B35C75073F400F49218452DEC581BA1AC7F2F99A705C82662B | 02/06/2024 01:11:14 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 2 | Info Hash: A20B09BF08E9F1FA51080CC0FFB514A333468D0E<br>File Hash:<br>97FBAFE34C79B33A1BF1DF67A628E37A563D4C40ED163380771CFE821ED39307 | 01/24/2024 01:16:40 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 3 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash:<br>985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 01/16/2024 03:17:49 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 4 | Info Hash: 2AC3A36035B5887E61EC94079DE9A800DF6736A6<br>File Hash:<br>66CBCF85C7628A7FBACBD3A29ACC3C6055620E5C298207B14A7729742BB76046 | 01/16/2024 03:04:32 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 5 | Info Hash: 401B87749F59474E33519F42C3F8A2C11C5DDB01<br>File Hash:<br>28499A4802E0D5E162E5E8E742739839A9FDA7B6064382E7CD63AAF8847FBC13 | 01/16/2024 02:52:13 | Blacked Raw | 07/18/2022 | 08/30/2022 | PA0002367753 |
| 6 | Info Hash: 9BBE09451939FF4EAC63E3BC7C667B737C5B165C<br>File Hash:<br>F6A9B166BB8982B9D8BBCAA236EE46C20F25A1394E22BFA0440FD97F789122E5 | 01/16/2024 02:48:50 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 7 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash:<br>C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 01/16/2024 02:38:43 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 8 | Info Hash: 35F24D8E8E40489D5D6229C83BA321482CD3A322<br>File Hash:<br>D681D3B3CC5D69AC2B5A471E13510FBC9B9FEDEE19812E2317D42AD1C1FC0B5F | 01/16/2024 02:31:57 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 9 | Info Hash: BA78FC1115F4F56E1DEBED3C26EAEA855F8C47D8<br>File Hash:<br>CC34BA75884426824F0B891FBFE88A0AE29657A1058EB24829DE664552121F46 | 01/16/2024 02:18:56 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 10 | Info Hash: A1BEFB100916F92D2B7F84A62D01D6D9600C13C5<br>File Hash:<br>30F7E172C0447C49014561F7AA8C7CE594D959F65E03F501D9265BD410FCE648 | 01/16/2024 02:10:03 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 11 | Info Hash: EEF6BD8931FE8BE45160EE58DFA431E5FBC541FC<br>File Hash:<br>4D14585EF30C2CB1F26FE641D9C91CB0662CED108EC60107B0BB9722E8562EE5 | 01/16/2024 02:05:12 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 57542F56CCD71AD470DDFC3653F1137A3C6131E9<br>File Hash:<br>B103977F75508F31BCAC96C4AD5DDEF26D625E06A8129CC570EA46C57DD6A23A | 01/16/2024<br>02:04:43 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 13 | Info Hash: FBBFE95113FC5C6D083E105A7D7D0ED6E57E7F07<br>File Hash:<br>35964B8F32146067F3BE9E6ABE564028CD93E71ED4C3FF4ED86F7712E28B1A30 | 12/20/2023<br>00:42:04 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 14 | Info Hash: E9916EF3EDA15D5E4BFEEB0514D83AB523622867<br>File Hash:<br>DC21A55BD08B6A8F6687A1B815441352D9F71925E42FDAFC5CA15DD8A312F9D9 | 12/12/2023<br>22:29:19 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 15 | Info Hash: 7A12B49FE6FE4B060E5EA4C903652C9290747100<br>File Hash:<br>43D171EF7A263ECF3D5050F6B6D9AF042CB10E68E24C0487DC19E2F707A96A6E | 11/29/2023<br>02:38:55 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 16 | Info Hash: CFF04B5C14F949AC1C9938C36D3F3553555E2CD7<br>File Hash:<br>F2DDF066BA02BCBE5D841FA20A18DE1ACE0FE69A0780C17235FC8206771B464B | 11/11/2023<br>22:07:51 | Blacked Raw | 06/06/2022 | 06/27/2022 | PA0002355038 |
| 17 | Info Hash: D271F7E2BCBD8514956231E310972F25CB75FA55<br>File Hash:<br>88DD9D5F4E2BB3F39B00301A532EA093CCC0458A6A22981F98E2BFC43D63046B | 10/31/2023<br>22:39:38 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 18 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash:<br>FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 10/30/2023<br>00:41:31 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 19 | Info Hash: A831AE4361237A9643F0DA0C0937D370067CA9B2<br>File Hash:<br>2459B3793EA41D428BD920E5F451D031B5CBEF3EFFA9233B143AC79F2D6B8EED | 09/02/2023<br>00:51:27 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 20 | Info Hash: B00AB37F93E0B9E00E5903D1746A501A61C91553<br>File Hash:<br>E4A1D39D38D2FA723337634EEC5BB5C336173D17D8DB3E2AE7B034559ED6E20B | 09/02/2023<br>00:40:34 | Blacked Raw | 07/03/2023 | 07/13/2023 | PA0002420355 |
| 21 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash:<br>4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 09/02/2023<br>00:35:29 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 22 | Info Hash: 616A2C2AD92FA54E1DC0CB4DC87FFCD987D90903<br>File Hash:<br>9A668AF05C9F6CC9BDC66A267FACC7B1C21BB34AD43B21B5FABA0E5E2674A950 | 07/16/2023<br>18:55:51 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 23 | Info Hash: 833D1551FAEFF65508CB99BE35F34555E15E03A4<br>File Hash:<br>104EFC755D54D4C1256406A7E27EC12D26D6A1FF410CAA48AC25AC07E95873E7 | 07/16/2023<br>18:46:50 | Blacked Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4D9A9719DEC2998BC67CE073E6BFEC2F0798F14F<br>File Hash:<br>B6661BE122ED9211545139A3EC1AEB7BD2A94C75D16CBE8856F4B05395D759D0 | 07/16/2023 18:46:06 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 25 | Info Hash: 4E972464BC9BF0A5D42DC79EFEA47EC204D14485<br>File Hash:<br>30EB7F75C5CFF51EF2E17F443EE8603A58E741CA113F7B1F035473F19305ECE7 | 07/16/2023 18:39:10 | Blacked Raw | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 26 | Info Hash: B8FF1A9D35EF877B36A7E721F4AE8E4DA03518E4<br>File Hash:<br>9FA65B40A8DA6687BD99182A3D34F91CB88A2C954A6DA81102A8FEBD267127B3 | 07/16/2023 18:37:35 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 27 | Info Hash: D4CC9A93A35EC155533945E3136B6A44A0EAFD80<br>File Hash:<br>1CC7562854B5FE5A0FB79977EC8A6134AEB879DCE12B74960A6ABCD7A96EC424 | 07/16/2023 18:25:13 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |